**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-24717-DPG

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

SOUTH FLORIDA MASTERS BODY SHOP, INC., a Florida Profit Corporation and N & D HOLDING, INC., a Florida Profit Corporation,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, and Defendants, SOUTH FLORIDA MASTERS BODY SHOP, INC. and N & D HOLDING, INC. (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation and Order.

Respectfully submitted,

| | |
|---|---|
| By: _Ronald E. Stern_ | By: _John T. David_ |
| Ronald E. Stern, Esq. | John T. David, Esq. |
| Florida Bar No. 10089 | Florida Bar No. 471704 |
| THE ADVOCACY LAW FIRM, P.A. | Law Office of John T. David P.A. |
| 1835 E Hallandale Beach Blvd., # 757 | 111 SW 6th Street |
| Hallandale, Florida 33009 | Fort Lauderdale, FL 33301 |
| Telephone: (954) 639-7016 | Telephone: (954) 523-1755 |
| Email: ronsternlaw@gmail.com | Email: johntdavidpa@bellsouth.net |
| Attorney for Plaintiff | Attorney for Defendants |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-24717-DPG

HOWARD MICHAEL CAPLAN,

      Plaintiff,

      vs.

SOUTH FLORIDA MASTERS BODY SHOP, INC., a Florida Profit Corporation and N & D HOLDING, INC., a Florida Profit Corporation

      Defendants.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 31, 2025, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., #757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN